IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jones, Avis E

Printed: 01/29/09

Case Number:  06 B 09784
Judge: Squires, John H
Filed:  8/11/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:  December 24, 2008
Confirmed:  October 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 63,026.18 |  |
| Secured: |  | 45,970.88 |
| Unsecured: |  | 9,189.74 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 3,361.34 |
| Other Funds: |  | 2,004.22 |
| Totals: | 63,026.18 | 63,026.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,500.00 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 33,789.82 |
| 3. | American Home Mortgage Servicing | Secured | 12,181.06 | 12,181.06 |
| 4. | AT&T Wireless | Unsecured | 26.48 | 75.65 |
| 5. | Asset Acceptance | Unsecured | 354.81 | 1,013.75 |
| 6. | RMI/MCSI | Unsecured | 87.50 | 250.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 126.00 | 360.00 |
| 8. | Asset Acceptance | Unsecured | 162.69 | 464.83 |
| 9. | Gurnee Radiology Center | Unsecured | 150.84 | 430.97 |
| 10. | Asset Acceptance | Unsecured | 671.11 | 1,917.45 |
| 11. | Paragon Way Inc | Unsecured | 1,636.98 | 4,677.09 |
| 12. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 13. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 14. | Charter One Auto Finance | Unsecured |  | No Claim Filed |
| 15. | AFNI | Unsecured |  | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 17. | Crown Emergency Physicians | Unsecured |  | No Claim Filed |
| 18. | Black Expressions | Unsecured |  | No Claim Filed |
| 19. | Capital One | Unsecured |  | No Claim Filed |
| 20. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 21. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 23. | Creditors Collection Service | Unsecured |  | No Claim Filed |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 26. | Ffcc Columbus Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jones, Avis E

Printed: 01/29/09

Case Number: 06 B 09784
Judge: Squires, John H
Filed: 8/11/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Chicago Tribune | Unsecured | | No Claim Filed |
| 28. | First Federal Credit | Unsecured | | No Claim Filed |
| 29. | First Premier | Unsecured | | No Claim Filed |
| 30. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 31. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 32. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 33. | Senex Services Corp | Unsecured | | No Claim Filed |
| 34. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 35. | MRSI | Unsecured | | No Claim Filed |
| 36. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 37. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 38. | Nicor Gas | Unsecured | | No Claim Filed |
| 39. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 40. | Ocwen Federal Bank FSB | Unsecured | | No Claim Filed |
| 41. | Robert G Michael & Assoc | Unsecured | | No Claim Filed |
| 42. | Professioanl Crdit Services | Unsecured | | No Claim Filed |
| 43. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 44. | Waukesha County Collection Division | Unsecured | | No Claim Filed |
| 45. | TCF Bank | Unsecured | | No Claim Filed |
| 46. | Wisconsin Department of Revenu | Unsecured | | No Claim Filed |
| 47. | St James Hospital | Unsecured | | No Claim Filed |
| 48. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| | | | $ 17,897.47 | $ 57,660.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 1,071.93 |
| 5.4% | 1,120.62 |
| 6.5% | 983.12 |
| 6.6% | 185.67 |
| | $ 3,361.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

